FILED 18 FEB '25 10:24 USDC-ORP

# The United States District Court for the District of Oregon

Christopher R. Patrick
472 SE Stearns Rd
Prineville, OR 97754
cpatdaltx@msn.com
541-588-0083

2:25-cv-265 HL

Versus

Donald Trump and J.D. Vance

## Grievance

In accordance with my First Amendment right to petition this government for a redress of my grievance, I state the following:

Paragraph 1. On January 6th, 2021, Donald Trump engaged in insurrection.

Paragraph 2. Since January 6th, 2021, Donald Trump and J.D. Vance have given aid and comfort to the insurrectionists. Most recently, he has pardoned those who plead guilty or were found guilty of insurrection.

Paragraph 3. The 14th Amendment forbids the defendants from holding their respective offices.

Therefore, I demand Donald Trump and J.D. Vance be declared illegitimate holders of their office and removed therefrom.

_____
Signed

02/11/2025
Dated

Chris Patrick
472 SE Stearns Rd
Prineville, OR 97754

PORTLAND OR RPDC 972

13 FEB 2025   PM 2   L



Mark O. Hatfield U.S. Courthouse
District Court Clerk
1000 Southwest Third Avenue
Portland, Oregon 97204

97204-293790